UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br><br> Defendants. | Civil Action No. 11-2317 (JAP-DEA) <br><br> **RECEIVED** <br><br> OCT 2 0 2011 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action No. 11-04275 (JAP-DEA) |

**STIPULATED CONSENT ORDER**

**WHEREAS**, Plaintiffs ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC. have filed *AstraZeneca AB, AstraZeneca LP, and Pozen Inc. v. Dr. Reddy's Laboratories Inc. and Dr. Reddy's Laboratories Ltd.*, Civil Action No. 11-cv-2317 (JAP-DEA), alleging, *inter alia,* infringement of U.S. Patent No. 6,926,907, which is listed in the Orange Book for Plaintiffs' Vimovo® product, and also have filed *AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and Pozen Inc. v. Lupin Ltd. and Lupin Pharmaceuticals*

*Inc.,* Civil Action No. 11-cv-4275 (JAP-DEA), alleging, *inter alia*, infringement of U.S. Patent Nos. 5,714,504, 6,369,085, 6,875,872, 6,926,907, 7,411,070, and 7,745,466, which are listed in the Orange Book for Plaintiffs' Vimovo® product;

**WHEREAS,** the Joint Discovery Plan submitted on September 29, 2011 by the parties in Civil Action No. 11-cv-4275 proposes to have that case consolidated for discovery purposes with Civil Action No. 11-cv-2317;

**WHEREAS,** Lupin Ltd. and Lupin Pharmaceuticals Inc. consent to the consolidation for discovery purposes of Civil Action No. 11-cv-4275 and Civil Action No. 11-2317;

**WHEREAS,** the parties further agree that the propriety of consolidating Civil Action Nos. 11-cv-2317 and 11-cv-4275 for pretrial and trial purposes shall be considered at such time as may be appropriate;

**THEREFORE,** these matters, having come before the Court on the joint application of the parties for the entry of this Stipulated Consent Order, and for good cause shown:

**IT IS** on this 20th day of October, 2011,

**ORDERED** that Civil Action No. 11-cv-4275 be consolidated with Civil Action No. 11-cv-2317 for discovery purposes; and it is

**FURTHER ORDERED** that all future filings and submissions to the Court shall be made under Civil Action No. 11-cv-2317 until further Order of the Court.

| | |
|---|---|
| /s/ _____<br>John E. Flaherty<br>Jonathan M. H. Short<br>Carissa L. Rodrigue<br>MCCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: (973) 622-4444<br><br>*Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E, Inc., and Pozen Inc.* | /s/ _____<br>Andrew J. Miller<br>Stuart D. Sender<br>Alan H. Pollack<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078<br>Tel: (973) 379-4800<br><br>*Counsel for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |
| | /s/ _____<br>Karen A. Confoy<br>Erica S. Helms<br>STERNS & WEINROTH, P.C.<br>50 W. State Street, Suite 1400<br>Trenton, NJ 08607-1298<br>Tel: (609) 989-5012<br><br>*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals Inc.* |

_____
DOUGLAS E. ARPERT
United States Magistrate Judge