UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
                                            DATE OF PROCEEDINGS: 12/19/2012
TITLE OF CASE:
ASTRAZENECA AB, ET AL.,
          vs.
                                            CIVIL DOCKET #: 11-2317(JAP)
DR. REDDY'S LABORATORIES, INC., ET AL.,

APPEARANCES:
Henry Renk, Einar Stole & Erica Andersen, Esquires for Plaintiffs
(Astrazeneca)
Stephen Hash, Esquire for Plaintiff (Pozen)
Katherine A. Escanlar & Aziz Burgy, Stephen Yong, Esquires for Anchen
Pharmaceuticals, Inc.
Jessica M. Tyrus & Karen Confoy, Esquires for Lupin Pharmaceuticals, Inc.
Allan Pollack, Dmitry Shelhoff & Stuart Sender, Esquires for Dr. Reddy's
Laboratories, Inc.

NATURE OF PROCEEDINGS:
Markman Hearing re Claims Construction held.
      Henry Renk - Opened for Plaintiffs
      Allan Pollack - Opened for Defendants
Parties summed.
Ordered Decision Reserved.

TIME COMMENCED: 9:30 a.m.
TIME ADJOURNED: 1:30 p.m.
TOTAL TIME: 4 hours

                                            s/Dana Sledge
                                            Courtroom Deputy