RECEIVED
JUN 14 2013
AT 8:30_____
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC., <br>     Plaintiffs, <br> v, <br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br>     Defendants. | Civil Action No. 11-2317 (JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br>     Plaintiffs, <br> v. <br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC., <br>     Defendants. | Civil Action No. 11-04275 (JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br>     Plaintiffs, <br> v. <br> ANCHEN PHARMACEUTICALS, INC., <br>     Defendants. | Civil Action No. 11-06348 (JAP-DEA) |
| ASTRAZENECA AB, ASTRAZENECA LP, and POZEN INC., <br>     Plaintiffs, <br> v. <br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., <br>     Defendants. | Civil Action No. 13-00091 (JAP)(DEA) |

**SCHEDULING ORDER**

**WHEREAS**, all parties appeared for a status conference on May 9, 2013 and discussed which of the Local Patent Rules should apply and when, given that the instant actions having been consolidated for discovery purposes ~~in a discrete Order, D.E. ____, May ____, 2013;~~

**THEREFORE**, these matters, having come before the Court in the conference of May 9, 2013, ~~and for good cause shown:~~ *at which time the Parties agreed, and the Court directed, the following:*

~~IT IS on this ____th day of May, 2013,~~

~~935486~~

~~ORDERED that~~:

(1) Plaintiffs shall disclose the list of claims asserted against Dr. Reddy's Labs., Inc. and Dr. Reddy's Lab., LTD (collectively "DRL") arising from the 13-00091 action by May 16, 2013;

(2) DRL shall disclose its invalidity and non-infringement contentions to Plaintiffs by May 23, 2013 (and disclose its invalidity and *non-confidential* non-infringement contentions to all parties in this consolidated action by this same date);

(3) Plaintiffs shall disclose its responses to DRL's invalidity and non-infringement contentions to DRL by June 13, 2012 (and disclose its *non-confidential* responses to DRL's invalidity and non-infringement to all parties in this consolidated action by this same date);

(4) All parties will hold a telephonic status conference with the Court on June 21, 2013, 11:30 AM to discuss the necessity of claim construction in light of the claim construction already done (D.E. 142) and set the balance of the pre-trial schedule. Plaintiffs to set up the conference call.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge