*AstraZeneca AB et al. v. Dr. Reddy's Labs. et al.*, Civ. A. No. 11-2317 (D.N.J.)
**Proposed Case Schedule**

| Case Event | Plaintiffs' Proposed Deadline |
|---|---|
| **Fact Discovery Cut Off** | November 22, 2013 |
| Parties Exchange List of Terms for Claim Construction (DRL 2) | July 25, 2013 |
| Parties Exchange Preliminary Claim Constructions and Evidence in Support (DRL 2) | August 1, 2013 |
| Parties Exchange Evidence in Opposition to Claim Construction (DRL 2) | August 8, 2013 |
| Joint Claim Construction Statement (DRL 2) | August 15, 2013 |
| Document Production Finished for (DRL 2) | July 29, 2013 |
| Parties Complete Claim Construction Discovery (DRL 2) | August 22, 2013 |
| File Opening Markman Submission (DRL 2) | September 5, 2013 |
| Parties Complete Expert Discovery for Claim Construction (DRL 2) | September 19, 2013 |
| File Responsive Markman Submission (DRL 2) | September 26, 2013 |
| File Proposed Date for Claim Construction Hearing | September 26, 2013 |
| *Markman* Hearing | October/November 2013 |
| Disclosure of Advice of Counsel Pursuant to L. Pat. R. 3.8 | May 31, 2013 (all cases except DRL 2); DRL 2 → as per L. Pat. R. 3.8 |
| **Expert Discovery Cut Off** | February 28, 2014 |
| Opening Expert Reports on issues which a party bears the burden of proof | December 6, 2013 |
| Rebuttal Expert Reports | January 8, 2014 |
| • Supplement Expert Reports (for, *e.g.*, on secondary considerations of obviousness) due | January 17, 2014 |
| • **Dispositive Motions** | |
| • Opening Briefs | February 14, 2014 |
| Responsive Briefs | March 7, 2014 |
| • Reply Briefs | March 21, 2014 |
| • **Motions in Limine** | |
| • Opening | April 11, 2014 |
| Oppositions | April 25, 2014 |
| • **Pre-trial Brief** | TBD |
| • **Pretrial Conference** | TBD |
| **Trial** | June 2014 |