| | |
|---|---|
| John E. Flaherty | Stephen M. Hash |
| Jonathan M.H. Short | Stephen C. Stout |
| McCARTER & ENGLISH, LLP | VINSON & ELKINS LLP |
| Four Gateway Center | 2801 Via Fortuna, Suite 100 |
| 100 Mulberry Street | Austin, TX 78746-7568 |
| Newark, New Jersey 07102 | Tel:  (512) 542-8400 |
| (973) 622-4444 | |

*Attorneys for Plaintiffs
    AstraZeneca AB, AstraZeneca LP,
    KBI-E Inc., and Pozen , Inc.*

*Of Counsel for Plaintiff Pozen Inc.*

Einar Stole                                    Henry J. Renk
Edward H. Rippey                     FITZPATRICK, CELLA, HARPER
Maureen M. Japha                     & SCINTO
COVINGTON & BURLING LLP      1290 Avenue of the Americas
1201 Pennsylvania Avenue, N.W.   New York, New York 10104-3800
Washington, D.C. 20004-2401        (212) 218-2100
(202) 662-6000

*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC., <br><br> Plaintiffs, <br>   v. <br><br> DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD., et al., <br><br> Defendant. | Civil Action No. 3:11-cv-02317 (JAP)(DEA) <br><br> (consolidated for discovery purposes with Civ. A. Nos. 3:11-cv-04275-JAP-DEA and 3:11-cv-06348-JAP-DEA and 3:13-cv-00091-JAP-DEA) <br><br> **Motion Date: August 5, 2013** |

**PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT THAT
U.S. PATENT NO. 6,926,907 IS NOT INVALID**

**PLEASE TAKE NOTICE** that on August 5, 2013, or as soon thereafter as counsel may be heard, the undersigned attorneys for the Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E Inc., and Pozen Inc. will move before the Honorable Joel A. Pisano, United States District Judge, at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the Plaintiffs' summary judgment of validity of U.S. Patent No. 6,926,907.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Plaintiffs will rely upon their Memorandum of Law, their Local Rule 56.1 Statement of Material Facts, and their reply papers, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 7.1(e) of the Local Rules of the District of New Jersey, a proposed form of order is being submitted concurrently with this motion.

Dated:  June 28, 2013                                          Respectfully submitted,


By:  /s/John E. Flaherty
    Stephen M. Hash
    Stephen C. Stout
    VINSON & ELKINS LLP
    2801 Via Fortuna, Suite 100
    Austin, TX 78746-7568
    Tel:  (512) 542-8400

    *Of Counsel for Plaintiff Pozen Inc.*

    John E. Flaherty
    Jonathan M.H. Short
    McCARTER & ENGLISH, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    (973) 622-4444

*Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E Inc., and Pozen Inc.*

Einar Stole
Edward H. Rippey
Maureen M. Japha
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000

*Of Counsel for Plaintiffs AstraZeneca AB and AstraZeneca LP*

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Tel:  (212) 218-2250

*Of Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, and KBI-E Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, I caused a true and correct copy of PLAINTIFFS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT THAT U.S. PATENT NO. 6,926,907 IS NOT INVALID and supporting documents to be served on the below listed counsel of record via email:

Alan H. Pollack
Stuart D. Sender
Dmitry V. Shelhoff
BUDD LARNER, PC
150 John F. Kennedy Parkway, CN100
Short Hills, NJ 07078-0999
(973) 379-4800

*Counsel for Defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.*

Karen A. Confoy
Christopher R. Kinkade
FOX ROTHSCHILD LLP, PC
997 Lenox Drive
Bldg 3
Lawrenceville, NJ 08648
(609) 844-3033

*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Robert Green
Jessica Tyrus
Caryn Borg-Breen
Christopher Griffith
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600

*Of Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Sean R. Kelly
Katherine A. Escanlar
SAIBER LLC
18 Columbia Turnpike
Florham Park, NJ 07932
Tel: (973) 622-3333

*Counsel for Defendant Anchen Pharmaceuticals, Inc.*

Anthony W. Shaw
Richard J. Berman
Crystal R. Canterbury
Aziz Burgy
Bradford Frese
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5339
Tel: (202) 857-6000

*Of Counsel for Defendant Anchen Pharmaceuticals, Inc.*

By: s/John E. Flaherty
John E. Flaherty