# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**DOUGLAS E. ARPERT**
**MAGISTRATE JUDGE**

**CLARKSON S. FISHER  U.S. COURTHOUSE**
**402 E. STATE STREET, ROOM 6000**
**TRENTON, NJ 08608**
**609-989-2144**

**July 2, 2013**

Elina Slavin, Esquire
John E. Flaherty, Esquire
McCarter & English, L.L.P.
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102

Alan H. Pollack, Esquire
Budd Larner, PC
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

RE: <u>Astrazenenca AB, et al. v. Dr. Reddy's Laboratories, Inc., et al.</u>
Civil Action No.  11-2317 (JAP)

Dear Counsel,

I have discussed the substance of your recent correspondence dated June 26 and 28, 2013, with Judge Pisano.  He has asked me to have you direct your dispute concerning his claim construction in this matter to his attention.  To that end, I suggest that you resubmit your letters directly to Judge Pisano.  Please be guided accordingly.

Very truly yours,

*s/ Douglas E. Arpert*
DOUGLAS E. ARPERT
United States Magistrate Judge

DEA:rjh