John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs*
  *AstraZeneca AB, AstraZeneca LP,*
  *KBI-E Inc., and Pozen , Inc.*

Einar Stole
Edward H. Rippey
Erica Andersen
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-6000

*Of Counsel for Plaintiffs AstraZeneca AB,*
*AstraZeneca LP, and KBI-E Inc.*

Stephen M. Hash
Stephen C. Stout
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Tel:  (512) 542-8400

*Of Counsel for Plaintiff Pozen Inc.*

Henry J. Renk
FITZPATRICK, CELLA, HARPER
& SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

*Of Counsel for Plaintiffs AstraZeneca AB,*
*AstraZeneca LP, and KBI-E Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., and POZEN INC.,<br><br>         Plaintiffs,<br>   v.<br><br>DR. REDDY'S LABORATORIES INC. and DR. REDDY'S LABORATORIES LTD.,<br><br>         Defendants. | Civil Action No. 3:13-cv-00091 (JAP)(DEA)<br><br>(consolidated for discovery purposes with Civ. A. Nos. 3:11-cv-02317-JAP-DEA, 3:11-cv-04275-JAP-DEA and 3:11-cv-06348-JAP-DEA)<br><br>**Motion Date: October 7, 2013** |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THEIR RESPONSES**
**TO DRL'S INVALIDITY CONTENTIONS**

TO DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC. AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs-Counterclaim-Defendants AstraZeneca AB, AstraZeneca LP, KBI-E Inc. and Pozen Inc. (collectively, "Plaintiffs"), will move before this Court at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, on October 7, 2013 at 10:00 a.m. for entry of an Order granting Plaintiffs' motion for leave to amend their Responses to Dr. Reddy's Laboratories, Ltd. Inc. and Dr. Reddy's Laboratories, Inc.'s (collectively, "DRL") Invalidity Contentions pursuant to L. Pat. R. 3.6(i) regarding DRL's allegations of invalidity against all of the asserted claims of U.S. Patent 6,926,907.

PLEASE TAKE FURTHER NOTICE that in compliance with Local Patent Rule 3.7, movant states that attorneys for Plaintiffs contacted the attorney for DRL, Alan Pollack, who objects to the relief sought by this motion.

PLEASE TAKE FURTHER NOTICE that Plaintiffs will rely upon the Memorandum submitted with this Notice of Motion, and upon all pleadings and proceedings on file herein.

PLEASE TAKE FURTHER NOTICE that a Proposed Order granting Plaintiffs' motion is attached.

| | |
|---|---|
| Dated: August 27, 2013 | Respectfully submitted,<br><br>s/John E. Flaherty<br>John E. Flaherty<br>Jonathan M.H. Short<br>MCCARTER &ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br><br>*Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E, Inc., and Pozen Inc.* |
| Einar Stole<br>Edward Rippey<br>Erica Andersen<br>COVINGTON & BURLINGTON LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>(202) 662-5095<br><br>*Of Counsel for Plaintiffs AstraZeneca AB and AstraZeneca LP* | Stephen M. Hash<br>Stephen C. Stout<br>VINSON & ELKINS LLP<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX 78746-7568<br>(512) 542-8504<br><br>*Of Counsel for Plaintiff Pozen Inc.*<br><br>Henry J. Renk<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2250<br><br>*Of Counsel for Plaintiffs AstraZeneca AB, AstraZeneca LP, and KBI-E Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2013, I caused a true and correct copy of the foregoing PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND THEIR RESPONSES TO DRL'S INVALIDITY CONTENTIONS and supporting documents to be served upon the following counsel via electronic mail and the CM/ECF system:

Alan H. Pollack
Stuart D. Sender
Dmitry V. Shelhoff
Budd Larner, PC
150 John F. Kennedy Parkway, CN100
Short Hills, NJ 07078-0999
(973) 379-4800

*Counsel for Defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.*

Karen A. Confoy
Christopher R. Kinkade
Fox Rothschild LLP, PC
997 Lenox Drive
Bldg 3
Lawrenceville, NJ 08648
(609) 844-3033

*Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Robert Green
Jessica Tyrus
Caryn Borg-Breen
Christopher Griffith
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600

*Of Counsel for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

Sean R. Kelly
Katherine A. Escanlar
SAIBER LLC
18 Columbia Turnpike
Florham Park, NJ 07932
Tel: (973) 622-3333

*Counsel for Defendant Anchen Pharmaceuticals, Inc.*

Anthony W. Shaw
Richard J. Berman
Crystal R. Canterbury
Aziz Burgy
Bradford Frese
Arent Fox LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5339
Tel: (202) 857-6000

*Of Counsel for Defendant Anchen Pharmaceuticals, Inc.*

By: s/John E. Flaherty
John E. Flaherty