John E. Flaherty
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

Einar Stole
Edward H. Rippey
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
(202) 662-6000

*Of Counsel for Plaintiffs AstraZeneca AB,
AstraZeneca LP, and KBI-E Inc.*

RECEIVED

APR - 9 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, ASTRAZENECA LP, KBI-E INC., HORIZON PHARMA, INC., and POZEN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC. and ACTAVIS PHARMA, INC.,<br><br>Defendants. | Civil Action No. 3:13-cv-03038-MLC-DEA<br><br>**JOINT STIPULATION OF DISMISSAL OF COUNTS RELATED TO CERTAIN PATENTS** |

WHEREAS Plaintiffs AstraZeneca AB, AstraZeneca LP, KBI-E Inc. (collectively, "AstraZeneca"), Horizon Pharma Inc., and Pozen, Inc., and Defendants Actavis Laboratories FL, Inc. and Actavis Pharma, Inc. (collectively, "Actavis") are Parties to this patent infringement case involving U.S. Patent Nos. 5,714,504 (the "'504 patent"); 5,900,424 (the "'424 patent");; 6,369,085 (the "'085 patent"); 6,875,872 (the "'872 patent"); 6,926,907 (the "'907 patent"); 7,411,070 (the "'070 patent"); 7,745,466 (the "'466 patent"); and 8,557,285 (the "'285 patent");

WHEREAS AstraZeneca, Horizon Pharma Inc., and Pozen, Inc. filed their Amended Complaint (Dkt. 53) on April 10, 2014;

WHEREAS Actavis filed its Answer, Separate Defenses, and Counterclaims (Dkt. 54) on April 28, 2014;

WHEREAS AstraZeneca and Actavis wish to narrow the issues in dispute in this litigation and streamline the course of future discovery and the scope of trial;

WHEREAS Federal Rule of Civil Procedure 41(a) permits parties to dismiss claims pursuant to a stipulation of dismissal; and

THEREFORE, IT IS HEREBY STIPULATED, CONSENTED, AND AGREED TO by and between AstraZeneca and Actavis as follows:

1.      AstraZeneca's claims of infringement against Actavis concerning the '504, '085, '872, '070, and '466 patents are hereby dismissed with prejudice.

2.      Actavis's counterclaims against the '424, '504, '085, '872, '070, and '466 patents are hereby dismissed with prejudice.

3.      Plaintiffs AstraZeneca AB, AstraZeneca LP, and KBI-E Inc. are dismissed from the case.

4.     The above dismissals do not affect the remaining infringement claims concerning

the '907 and '285 patents or Actavis's counterclaims concerning the '907 and '285 patents.

5.     The above dismissals do not affect the infringement claims in the cases that are

consolidated with the above-captioned matter for purposes of discovery.

6.     Each party is to bear its own fees and costs.

So stipulated,

Dated: March 11, 2015

Respectfully Submitted,

By:  _s/_John E. Flaherty
       John E. Flaherty
       Jonathan M.H. Short
       MCCARTER & ENGLISH, LLP
       Four Gateway Center
       100 Mulberry Street
       Newark, New Jersey 07102
       (973) 622-4444
       *Attorneys for Plaintiffs AstraZeneca*
       *AB, AstraZeneca LP, and KBI-E Inc.*

       Einar Stole
       Edward H. Rippey
       COVINGTON & BURLING LLP
       One CityCenter
       850 Tenth Street, N.W.
       Washington, D.C. 20001
       (202) 662-6000
       *Of Counsel for Plaintiffs AstraZeneca*
       *AB, AstraZeneca LP, and KBI-E Inc.*

       Henry J. Renk
       FITZPATRICK, CELLA, HARPER &
       SCINTO
       1290 Avenue of the Americas
       New York, New York 10104-3800
       (212) 218-2100
       *Of Counsel for Plaintiffs AstraZeneca*
       *AB, AstraZeneca LP, and KBI-E Inc.*

By:  _s/_Robert J. Fettweis
       Robert J. Fettweis
       TRESSLER LLP
       744 Broad Street
       Suite 1510
       Newark, New Jersey 07102
       Phone: (973) 848-2902
       Fax: (973) 848-0405
       *Attorneys for Defendants Actavis*
       *Laboratories FL, Inc. and Actavis*
       *Pharma, Inc.*

       Steven A. Maddox
       Jeremy J. Edwards
       MADDOX EDWARDS PLLC
       1900 K Street, NW
       Washington, DC 20006
       Phone: (202) 253-9234
       *Of Counsel for Defendants Actavis*
       *Laboratories FL, Inc. and Actavis*
       *Pharma, Inc.*

SO ORDERED on this _9th_ day of _APRIL_ , 2015

_Mary L. Cooper_

Hon. Mary L. Cooper, U.S.D.J.

3