UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                             **DATE: January 12, 2017**
**JUDGE MARY L. COOPER**
**COURT REPORTERS: Carrol Farrell,**
    **Karen Friedlander, Regina Tell**

**TITLE OF CASE:**                                              **CV11-2317(MLC)**

**HORIZON PHARMA, INC.**
v.
**DR. REDDY'S LABORATORIES, LTD.**

**APPEARANCES:**

John Flaherty, Esq., James Monroe, Esq., Stephen Hash, Esq., Ellen Scordino, Esq.,
    Jeff Gritton, Esq., Danielle Pfifferling, Esq., and Susan Krumplitsch, Esq., for plaintiffs
Shannon Bloodworth, Esq., Autumn Nero, Esq., Gregory Miller, Esq.,
    and Brian Beel, Esq., for MYLAN
Allan Pollack, Esq., Stuart Sender, Esq., and Hank Heckel, Esq., for DR. REDDY'S

**NATURE OF PROCEEDINGS:**

Trial without jury commenced before the Honorable Mary L. Cooper.

John Plachetka SWORN for plaintiff.

Ordered trial adjourned until 1/13/2017 at 9:00am.

Lunch Recess: 12:45pm-1:45pm
**TIME COMMENCED: 9:30am**
**TIME ADJOURNED: 4:15pm**
**TOTAL TIME: 5 hours, 45 minutes**

                                    *s/Elizabeth Beres*
                                    **Deputy Clerk**